GURNEY v. CONNECTICUT CAB CO. (two cases). (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Mary F. Gurney against the Connecticut Cab Company, and Edward Gurney against the same. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 153 N. Y. Supp. 1118.

---

HAGEN v. CROSBY CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Louis Hagen, an infant, etc., against the Crosby Company. No opinion. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to the plaintiff to abide the event. *Held*, that upon the evidence a question of fact was presented both as to defendant's negligence and the absence of plaintiff's contributory negligence.

---

HALL, Respondent, v. ALLEMANIA FIRE INS. CO. OF PITTSBURGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by George W. Hall against the Allemania Fire Insurance Company of Pittsburgh.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held that, in addition to the question of fact submitted to the jury, the question should also have been submitted as to whether the adjuster had the authority to bind the company by promising to pay the loss, and also as to whether there was an absolute promise upon the part of the adjuster to pay the loss.

---

HAMBURGER, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Fred Hamburger against Frank Goldstein. No opinion. Judgment reversed, and new trial granted, costs to abide the event, upon authority of Kaufman v. Hopper, 151 App. Div. 28, 135 N. Y. Supp. 363; Prentice v. Fargo, 53 App. Div. 608, 65 N. Y. Supp. 1114, affirmed without opinion 173 N. Y. 593, 65 N. E. 1121; and Hoe v. Sanborn, 21 N. Y. 552, 78 Am. Dec. 163.

---

HAMILTON, County Treasurer, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Walter G. Hamilton, County Treasurer, etc., against the Erie Railroad Company. W. C. Cannon, of· New York City, for appellant. H. C. Smyth, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1125.

---

HAMILTON, County Treasurer, v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Walter G. Hamilton, County Treasurer, etc., against the Erie Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1125.

---

HAMILTON PIPE WORKS, Inc., v. ZELTMACHER. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by the Hamilton Pipe Works, Incorporated, against Roger A. Zeltmacher. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment modified so as to conform strictly with the findings of the court, and as so modified affirmed, without costs. Settle order before the Presiding Justice. See, also, 165 App. Div. 931, 150 N. Y. Supp. 1089.

---

HANNA et al., Respondents, v. FLORENCE IRON CO. OF WISCONSIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Dan R. Hanna and others, copartners as trustees, etc., against the Florence Iron Company of Wisconsin. No opinion. Judgment and order affirmed, with costs.

---

HARBECK, Respondent, v. HARBECK, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William H. Harbeck against Kate A. Harbeck. No opinion. Interlocutory judgment (in 87 Misc. Rep. 420, 149 N. Y. Supp. 791) affirmed, with costs.

---

HARTNETT, Respondent, v. THOMAS J. STEEN CO., et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of Daniel J. Hartnett, for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67), against the Thomas J. Steen Company, employer, and others, insurance carrier. No opinion. Motion denied. See, also, 153 N. Y. Supp. 1119.

---

HECLA, Respondent, v. SIMONSON et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Louise Hecla against Leo B. Simonson and others. J. Frankenheimer, of New York City, for appellants. H. Siegrist, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

---

HELGAR CORPORATION, Appellant, v. WARNER'S FEATURES, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by the Helgar Corporation against the Warner's Features, Incorporated.

PER CURIAM. Judgment modified by increasing the amount of damages recoverable by the additional amount of $2,000, in accordance with the referee's finding of fact XV; and as so modified unanimously affirmed, with costs and disbursements to the appellant. We think this amount is part of the contract compensation for work actually done by the plaintiff, and not a part of the prospective profits under the entire contract.